TO: All Court of Appeals Judges, Professor Bacigal, Professor Shepherd and John Tucker

FROM: Marty Ring

DATE: October 4, 2011

The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. Thurman W. Wilson
   v. Commonwealth of Virginia
   Record No. 0728-10-1
   Opinion rendered by Judge Beales on
   July 12, 2011

2. Christian Lee Rushing
   v. Commonwealth of Virginia
   Record No. 0723-10-1
   Opinion rendered by Judge Kelsey on
   July 26, 2011

3. Mario Lamar Turner
   v. Commonwealth of Virginia
   Record No. 1809-10-1
   Opinion rendered by Judge Humphreys on
   July 26, 2011

4. Curtis William Cole, Jr.
   v. Commonwealth of Virginia
   Record No. 0320-10-2
   Opinion rendered by Judge Kelsey on
   August 2, 2011

5. Karsten Obed Allen
   v. Commonwealth of Virginia
   Record No. 0755-10-2
   Opinion rendered by Judge Kelsey on
   August 2, 2011

6. Edward Johnson
   v. Commonwealth of Virginia
   Record No. 2091-10-1
   Opinion rendered by Judge Kelsey on
   August 2, 2011

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. Leslie Todd
   v. Lucretia Putnam Copeland
   Record No. 0823-09-3
   Opinion rendered by Judge Petty
     on March 9, 2010
   Judgment of Court of Appeals affirmed in part, reversed in part, and final
     judgment entered reinstating final decree of adoption by opinion rendered on
     September 16, 2011 (100929)

2. Shaun Wallace Scott
   v. Commonwealth of Virginia
   Record No. 2289-09-3
   Opinion rendered by Judge Petty
     on March 29, 2011
   Refused (110769)

3. Gary Prizzia
   v. Judit Prizzia
   Record No. 1343-10-2
   Opinion rendered by Judge Petty
     on April 12, 2011
   Dismissed pursuant to Code § 17.1-410(A)(3) and (B) (110862)

4. Carlos Lovos-Rivas v.
   v. Commonwealth of Virginia
   Record No. 0356-10-2
   Opinion rendered by Judge Beales
     on March 29, 2011
   Refused (110809)

On September 16, 2011 the Supreme Court issued an opinion in the following case, which had been appealed from this Court:

1.  Dustin Allen Turner
    v. Commonwealth of Virginia
    Record No. 1836-07-1
    En banc order by Judge Powell dismissing petition for writ of actual innocence
      on June 29, 2010
    Judgment of Court of Appeals affirmed
    (101457)